# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF _____ -VS- _____ FOR _____

FILED
DEC 1 8 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

PERSON REPRESENTED (Show your full name)
ROBERT PAUL GEEKIE, JR.

CHARGE/OFFENSE (describe if applicable & check box →)
☐ Felony
☐ Misdemeanor

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

LOCATION NUMBER _____

DOCKET NUMBERS
Magistrate _____
District Court 08-20064
Court of Appeals _____

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☐ No ☑ Am Self Employed
Name and address of employer: *hasn't worked in 3.5 mos.*
IF YES, how much do you earn per month? $ *6,000/mo. when he does*
IF NO, give month and year of last employment _____ How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ *n/a*
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED *n/a*      SOURCES _____
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
VALUE *n/a*   DESCRIPTION _____
IF YES, GIVE THE VALUE AND DESCRIBE IT $ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 4
List persons you actually support and your relationship to them _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Rent | $ ~~1800~~ | $ 1800 |
| | car ins | $ ~~400~~ | $ 400 |
| | | $ | $ 1300 |
| | utilities/bills | $ | $ 2500 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ s/ Robert Geekie Jr.