E-FILED
Tuesday, 06 January, 2009 11:34:26 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**SEALED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ) <br> ) <br> ) | WARRANT FOR ARREST |
| vs | ) <br> ) | |
| ROBERT P. GEEKIE, JR.<br>Defendant | ) <br> ) <br> ) | CASE NO. 08-20064 |

TO: THE U. S. MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest ROBERT P. GEEKIE, JR., and bring him forthwith to the nearest magistrate judge to answer an Indictment charging him with Interstate Transportation of Property Taken by Fraud, Sale of Stolen Vehicle and Interstate Transportation of Stolen Vehicle in violation of Title 18, United States Code, Sections 2314, 2313 and 2312.

**FILED**
JAN - 6 2009
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DAVID G. BERNTHAL
*Name of Issuing Officer*
s/ David G. Bernthal

_____
*Signature of Issuing Officer*

U.S. MAGISTRATE JUDGE
*Title of Issuing Officer*

December 3, 2008    Urbana, IL
*Date and Location*

Bail fixed at NONE. To be determined at initial appearance.

### RETURN

This warrant was received and executed with the arrest of the above named defendant at Kankakee

| Date Received 12/04/08 | Name of Arresting Officer  Martti McWilliams | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 12/18/08 | Title of Arresting Officer  U.S.S.C. | |