

U.S. Department of Homeland Security
# UNITED STATES SECRET SERVICE

## SPRINGFIELD, IL RESIDENT OFFICE
### (CHAMPAIGN – URBANA DOMICILE)

### Search Warrant Inventory

**Date:** 11/24/08      **Subject:** Robert Geekie, Jr.      **Location:** 1380 Sommerset Way, Bourbonnais, IL

| Item | Quantity | Description |
|---|---|---|
| 1 | 1 | HP Pavilion dv6000 Laptop EPC, S/N CNF6411224. |
| 2 | 1 | HP Pavilion dv6000 Laptop EPC, S/N CNF64111YK. |
| 3 | 1 | HP Pavilion dv2500 Laptop EPC, S/N 2CE8235FQ0. |
| 4 | 1 | Dell Inspirion i8200 Laptop PC, S/N CN-04T176-12961-2BD-2627. |
| 5 | 1 | Dell Inspirion i8200 Laptop PC, S/N CN-04T176-12961-32Q-3146. |
| 6 | 1 | HP Pavilion ze4200 Laptop PC, S/N CN25105959. |
| 7 | 1 | Acer Extensa 5420-5687 Laptop PC, S/N LXE820X003749121FC2000. |
| 8 | 1 | Dell Dimension 2400 Tower CPU, S/N CN-0C3152-70821-3AU-4FV7. |
| 9 | 1 | Verizon Treo 700w Smartphone, S/N PWVC03H6H1EY. |
| 10 | 1 | Epson Photo 750Z Digital Camera with memory card, battery pack, and carrying case, S/N BKEL025831. |
| 11 | 1 | Verizon LG Cell Phone VX6100, S/N 505KSF53921859. |
| 12 | 1 | Nextel/Motorola i95cl Cell Phone, S/N 919YDQ756C. |
| 13 | 1 | Motorola i90c Cell Phone, S/N 919ABU0RCN. |
| 14 | 1 | HP iPAQ Personal Data Assistant (PDA) with charger base |

| | | |
|---|---|---|
| | | and USB cord, S/N 2CK82003LL. |
| 15 | 1 | Nextel i1000 Plus Cell Phone, S/N 831TBC7X9L. |
| 16 | 1 | Nextel/Motorola i730 Cell Phone, S/N 364VEE45P8. |
| 17 | 1 | Nextel/Motorola i530 Cell Phone, S/N 864VE52M30. |
| 18 | 2 | Boxes/files of financial documents and sales receipts pertaining to Robert Geekie. |
| 19 | 1 | Text Book / Reference Guide – NADA Title and Registration, National Addition |

The above-listed items were seized on November 24th, 2008 pursuant to a Federal Search Warrant filed in the Central District of Illinois – Urbana for the residence of Robert Geekie, Jr. The Central District of Illinois Court case number is *08-U-68*.