UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CR 08-20064 |
| ) | |
| ROBERT P. GEEKIE JR. ) | Title 18, United States Code, |
| ) | Sections 2, 1341, 2312, 2313, & 2314. |
| Defendant. ) | |

S U P E R S E D I N G
INDICTMENT

COUNT ONE
(Fraud)

**THE GRAND JURY CHARGES:**

1. From about January of 2003, and continuing to at least August 26, 2008, in Kankakee County, Champaign County, and McLean County, in the Central District of Illinois, and elsewhere,

**ROBERT P. GEEKIE JR.,**

defendant herein, knowingly devised a scheme and artifice to defraud and obtain money and property by means of false and fraudulent pretenses, representations, and promises and knowingly devised a scheme and artifice to take goods, wares, and merchandise, namely motor vehicles, by fraud.

2. Illinois law (625 ILCS 5-102) requires that used vehicle dealers must be licensed if they sell, deal in, on consignment or otherwise, five or more used vehicles during a year or act as an intermediary, agent, or broker for any licensed dealer or

vehicle purchaser, other than as a salesperson. At all relevant times as part of the scheme, GEEKIE dealt in used vehicles, either on his own or acting as an intermediary or broker for licensed dealers and vehicle purchasers.

**<u>Misappropriating Vehicle Proceeds</u>**

3. GEEKIE identified used vehicles that were for sale for licensed dealers and then located buyers for those vehicles. The licensed dealers then financed the purchase of those vehicles by GEEKIE, and GEEKIE sold the vehicles to the identified buyers. GEEKIE and the licensed dealers agreed to divide the profits from the sale of the vehicles. GEEKIE gained the confidence of those licensed dealers by generating profits for them.

4. It was further part of the scheme that GEEKIE provided false information to individuals and to those licensed dealers with whom he worked to allow him to obtain vehicles by fraud and fraudulently use or sell vehicles for his own benefit:

    a. Around October of 2004, GEEKIE told two different licensed dealers, namely, Recreation Products Incorporated of Sycamore, Illinois and Cash4RVs, a division of 1st Class motors Specialty Cars LLC of Delray Beach, Florida, that he had located a motor home for sale and induced each of them to provide $148,000, respectively, to purchase the same motor home. (GEEKIE also falsely represented himself as "Rob Ward" to one of the dealers.) GEEKIE provided the motor home to only one of the dealers, and used the additional $148,000 for his own benefit;

    b. Around October of 2004, a licensed dealer, namely, St. Charles

2

Motor Sports Limited, provided GEEKIE with over $500,000 to purchase vehicles with an agreement that GEEKIE would repay St. Charles Motor Sports Limited and split the profits when the vehicles were sold. As part of the scheme, GEEKIE sold the vehicles, used the proceeds for his own benefit, and failed to repay St. Charles Motor Sports Limited. GEEKIE also provided St. Charles Motor Sports Limited with insufficient funds checks to attempt to avoid detection of the scheme. GEEKIE falsely told St. Charles Motor Sports Limited that he was waiting for payment for the sold vehicles, when in fact, he had already received payment and used the money for his own benefit; and

    c. From at least May to September of 2008, GEEKIE caused multiple vehicles from licensed dealer SMP Auto Sales to be delivered to licensed dealer Larry's Auto Sales. On multiple occasions, GEEKIE induced Larry's Auto Sales to make two payments for the same vehicle by falsely telling Larry's Auto Sales that GEEKIE had obtained the vehicle from Pro Source Motorsports or Emily Inc. and later telling Larry's Auto Sales that GEEKIE had obtained the same vehicle from SMP Auto Sales. GEEKIE then converted the proceeds payable to Pro Source Motorsports or Emily Inc. for his own benefit. On multiple occasions, GEEKIE also induced Larry's Auto Sales to make a payment for a vehicle by falsely telling Larry's Auto Sales that GEEKIE had obtained the vehicle from Pro Source Motorsports or Emily Inc. GEEKIE then converted the proceeds payable to Pro Source Motorsports or Emily Inc. for his own benefit and failed to pay SMP Auto Sales for the vehicles. In total, GEEKIE defrauded SMP Auto Sales

and Larry's Auto Sales out of over $100,000.

**Vehicle Financing Fraud**

5.     As part of the scheme, GEEKIE used his relationship with licensed dealer Pro Source Motorsports or Emily Inc. to apply for vehicle loans with banks. GEEKIE obtained the vehicle loans on vehicles that did not exist or in the name of applicants who did not give GEEKIE permission to use their means of identification or both.

6.     It was further part of the scheme that GEEKIE used the loan proceeds for his own benefit. GEEKIE also made payments on the loans and corresponded with the banks to avoid detection of his scheme:

   a.     For example, around January of 2003, GEEKIE sold a Porsche 911 to J.M. and had J.M. sign a loan application for both Citizen's Bank and Fifth Third Bank. GEEKIE obtained a loan for J.M. from Fifth Third Bank for the purchase of the Porsche 911. GEEKIE fraudulently obtained a loan from Citizens Bank for $83,600 for the purchase of a 2002 Kountryair Trailer Coach by J.M. from Pro Source Motorsports. In fact, as GEEKIE well knew, J.M. did not purchase a trailer coach from Pro Source Motorsports. GEEKIE fraudulently obtained the loan proceeds from Citizens Bank and used them for his own benefit. GEEKIE attempted to avoid detection of his scheme by causing loan correspondence to be mailed to one of his addresses in Kankakee, Illinois and causing some payments to be made on the $83,600 loan; and

   b.     Also beginning around 2003, GEEKIE fraudulently obtained several loans for the purchase of a recreational vehicle by D.S. from Pro Source

4

Motorsports without D.S.'s permission. In fact, as GEEKIE well knew, D.S. did not purchase any recreational vehicles from Pro Source Motorsports. GEEKIE fraudulently obtained the loan proceeds and used them for his own benefit. GEEKIE attempted to avoid detection of his scheme by causing loan correspondence to be mailed to an address unknown to D.S. and causing some payments to be made on the loans.

**"Test Driving" Vehicles**

7. It was a part of the scheme that GEEKIE approached individuals who were selling motor vehicles. GEEKIE falsely identified himself to those individuals and made false and fraudulent representations as to why he wanted to test drive the vehicles, such as to show the vehicles to a relative or take them to be examined by a mechanic. GEEKIE then drove away in the vehicles and never returned.

8. It was further part of the scheme that GEEKIE would drive the vehicles taken by fraud to the location of other individuals who were selling motor vehicles. GEEKIE falsely identified himself to those individuals and made false and fraudulent representations as to why he wanted to test drive the vehicles. As part of the scheme, he would induce those individuals to let him test drive those vehicles by leaving the vehicles he had previously taken by fraud with those individuals. GEEKIE then drove away in the vehicles and never returned.

9. It was further part of the scheme that GEEKIE would transport the vehicles he took by fraud in interstate commerce and advertise them for sale at a price below market value. GEEKIE met with individuals interested in purchasing the

5

vehicles and falsely identified himself. GEEKIE sold the vehicles to those individuals for cash and provided the individuals with a fraudulent car title.

**Execution of the Scheme**

10. On or about May 18, 2007, GEEKIE identified himself as "William Lutz" and asked to test drive a 2004 Jeep Cherokee that L.H. of Cartersville, Georgia was selling and take it to Goodyear for inspection. GEEKIE drove away in the Jeep Cherokee and never returned. GEEKIE advertised the Jeep Cherokee for sale in the St. Louis Post-Dispatch. On May 27, 2007, GEEKIE, identifying himself as "Lloyd Roberts," sold the Jeep Cherokee to S.S. at Luv's Truck Stop in Springfield, Sangamon County, Illinois for $8,000 cash and provided S.S. with a fraudulent Illinois title for the Jeep Cherokee.

11. On or about May 18, 2007, to May 27, 2007, in Sangamon County, in the Central District of Illinois, and elsewhere,

**ROBERT P. GEEKIE JR.,**

defendant herein, did knowingly transport in interstate commerce goods, wares, and merchandise, namely a 2004 Jeep Cherokee, of the value of $5,000 or more, knowing the same to have been taken by fraud.

In violation of Title 18, United States Code, Section 2314.

**COUNT TWO**
(Sale of Stolen Vehicle)

**THE GRAND JURY CHARGES:**

On or about May 27, 2007, in Sangamon County, in the Central District of Illinois,

**ROBERT P. GEEKIE JR.,**

defendant herein, sold a motor vehicle, namely, a 2004 Jeep Cherokee, which had crossed a state boundary after being stolen, knowing the same to have been stolen.

In violation of Title 18, United States Code, Section 2313.

## COUNT THREE
(Interstate Transportation of Property Taken by Fraud)

**THE GRAND JURY CHARGES:**

1.-9. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 9 of Count One of this Indictment as though fully set forth herein.

10. On or about July 26, 2007, GEEKIE asked to test drive a 1998 Oldsmobile Aurora that A.G. of Norcross, Georgia was selling and take it for a test drive. GEEKIE drove away in the Oldsmobile Aurora and never returned. On or about August 3, 2007, GEEKIE asked to test drive a 2004 Chevrolet Silverado that C.P. of Atlanta, Georgia was selling and take it for a test drive. GEEKIE left the Oldsmobile Aurora he had taken by fraud and drove away in the Chevrolet Silverado and never returned. GEEKIE advertised the Chevrolet Silverado for sale in the Bloomington (Illinois) Pantagraph. On or about August 20, 2007, GEEKIE, identifying himself as "Ed Taylor," sold the Chevrolet Silverado to T.K. at Eastland Mall in Bloomington, McLean County, Illinois for $13,500 cash and provided T.K. with a fraudulent Illinois title for the Chevrolet Silverado.

11. On or about July 26, 2007, to August 20, 2007, in McLean County, in the Central District of Illinois, and elsewhere,

**ROBERT P. GEEKIE JR.,**

defendant herein, did knowingly transport in interstate commerce goods, wares, and

merchandise, namely a 2004 Chevrolet Silverado, of the value of $5,000 or more, knowing the same to have been taken by fraud.

In violation of Title 18, United States Code, Section 2314.

## COUNT FOUR
(Sale of Stolen Vehicle)

**THE GRAND JURY CHARGES:**

On or about August 20, 2007, in McLean County, in the Central District of Illinois,

**ROBERT P. GEEKIE JR.,**

defendant herein, sold a motor vehicle, namely, a 2004 Chevrolet Silverado, which had crossed a state boundary after being stolen, knowing the same to have been stolen.

In violation of Title 18, United States Code, Section 2313.

## COUNT FIVE
(Interstate Transportation of Stolen Vehicle)

**THE GRAND JURY CHARGES:**

1.-9.  The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 9 of Count One of this Indictment as though fully set forth herein.

10.  On or about August 27, 2007, GEEKIE identified himself as "Leon Taylor" and asked to test drive a 1999 Chrysler Town & Country LXi van that K.C. of Champaign, Champaign County, Illinois was selling and take it for a test drive to Goodyear to have the tires checked. GEEKIE drove away in the Chrysler van and never returned. Later on or about August 27, 2007, GEEKIE identified himself as "Leon Taylor" and asked to test drive a 2003 Chevrolet Silverado that N.G. of Kokomo,

Indiana was selling and take it to have it inspected. GEEKIE left the Chrysler van that he had taken by fraud and drove away in the Chevrolet Silverado and never returned. GEEKIE advertised the Chevrolet Silverado for sale in the Huntsville (Alabama) Times. On or about August 31, 2007, GEEKIE, identifying himself as "Reese Morrison" sold the Chevrolet Silverado to D.W. at Krystal's hamburgers in Scottsboro, Alabama for $13,500 cash and provided D.W. with a fraudulent Georgia title for the Chevrolet Silverado.

11. On or about August 27, 2007, in Champaign County, in the Central District of Illinois, and elsewhere,

**ROBERT P. GEEKIE JR.,**

defendant herein, did knowingly transport in interstate commerce a motor vehicle, namely a 1999 Chrysler Town & Country LXi van, knowing the same to have been stolen.

In violation of Title 18, United States Code, Section 2312.

## COUNT SIX
(Interstate Transportation of Property Taken by Fraud)

**THE GRAND JURY CHARGES:**

1.-9. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 9 of Count One of this Indictment as though fully set forth herein.

10. On or about December 6, 2007, GEEKIE identified himself as "Stephen Littleton" and asked to test drive a 2005 Chevrolet Silverado that J.W. of Gray, Georgia was selling and take it to Pep Boys to have it inspected. GEEKIE drove away in the Chevrolet Silverado and never returned. GEEKIE advertised the Chevrolet Silverado on AutoTrader.com. On or about January 2, 2008, GEEKIE identified himself as "Al

Owens" and sold the Chevrolet Silverado to W.W. at Krystal's hamburgers in Chattanooga, Tennessee in exchange for $6,500 cash and a 2000 Jeep Cherokee that W.W. owned. GEEKIE gave W.W. a fraudulent Georgia title for the Chevrolet Silverado and drove away in the Jeep Cherokee. GEEKIE advertised the Jeep Cherokee for sale in the Bloomington (Illinois) Pantagraph. On or about January 16, 2008, GEEKIE, identifying himself as "Michael Ranier," sold the Jeep Cherokee to J.S. at Wal-Mart in Champaign, Champaign County, Illinois for $6,500 cash and provided J.S. with a fraudulent Illinois title for the Jeep Cherokee.

11. On or about January 2, 2007, to January 16, 2007, in Champaign County, in the Central District of Illinois, and elsewhere,

**ROBERT P. GEEKIE JR.,**

defendant herein, did knowingly transport in interstate commerce goods, wares, and merchandise, namely a 2000 Jeep Cherokee of the value of $5,000 or more, knowing the same to have been taken by fraud.

In violation of Title 18, United States Code, Section 2314.

## COUNT SEVEN
(Sale of Stolen Vehicle)

**THE GRAND JURY CHARGES:**

On or about January 16, 2007, in Champaign County, in the Central District of Illinois,

**ROBERT P. GEEKIE JR.,**

defendant herein, sold a motor vehicle, namely, a 2000 Jeep Cherokee, which had crossed a state boundary after being stolen, knowing the same to have been stolen.

In violation of Title 18, United States Code, Section 2313.

## COUNT EIGHT
(Interstate Transportation of Stolen Vehicle)

**THE GRAND JURY CHARGES:**

1.-9. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 9 of Count One of this Indictment as though fully set forth herein.

10. On or about January 20, 2008, GEEKIE identified himself as "Flanders" and asked to test drive a 1999 Chevrolet Silverado that D.P. of Normal, Illinois was selling in McLean County, Illinois and take it to Eastland Mall to show his wife. GEEKIE drove away in the Chevrolet Silverado and never returned. Later on or about January 30, 2008, GEEKIE identified himself as "Tom" and asked to test drive a 2005 Nissan Maxima that S.S. and C.S. of Scottsboro, Alabama were selling and take it to show his mother-in-law. GEEKIE left the Chevrolet Silverado van that he had stolen, drove away in the Nissan Maxima, and never returned. GEEKIE advertised the Nissan Maxima for sale on AutoTrader.com. On or about February 13, 2008, GEEKIE, identifying himself as "Robert Harding," sold the Nissan Maxima to J.O. at McDonald's in Bradley, Kankakee County, Illinois for $12,000 cash and provided J.O. with a fraudulent Illinois title for the Nissan Maxima.

11. On or about January 20, 2008, to January 30, 2008, in McLean County, in the Central District of Illinois, and elsewhere,

**ROBERT P. GEEKIE JR.,**

defendant herein, did knowingly transport in interstate commerce a motor vehicle, namely a 1999 Chevrolet Silverado, knowing the same to have been stolen.

11

In violation of Title 18, United States Code, Section 2312.

## COUNT NINE
(Interstate Transportation of Property Taken by Fraud)

**THE GRAND JURY CHARGES:**

1.-9. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 9 of Count One of this Indictment as though fully set forth herein.

10. The Grand Jury re-alleges and incorporates by reference Paragraph 10 of Count Eight of this Indictment as though fully set forth herein.

11. On or about January 30, 2008, to February 13, 2008, in Kankakee County, in the Central District of Illinois, and elsewhere,

**ROBERT P. GEEKIE JR.,**

defendant herein, did knowingly transport in interstate commerce goods, wares, and merchandise, namely a 2005 Nissan Maxima of the value of $5,000 or more, knowing the same to have been taken by fraud.

In violation of Title 18, United States Code, Section 2314.

## COUNT TEN
(Sale of Stolen Vehicle)

**THE GRAND JURY CHARGES:**

On or about February 13, 2008, in Kankakee County, in the Central District of Illinois,

**ROBERT P. GEEKIE JR.,**

defendant herein, sold a motor vehicle, namely, a 2005 Nissan Maxima, which had crossed a state boundary after being stolen, knowing the same to have been stolen.

In violation of Title 18, United States Code, Section 2313.

## COUNT ELEVEN
(Interstate Transportation of Stolen Vehicle)

**THE GRAND JURY CHARGES:**

1.-9. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 9 of Count One of this Indictment as though fully set forth herein.

10. On or about February 19, 2008, GEEKIE identified himself as "Robert Harding" and asked to test drive a 1997 Ford Crown Victoria that B.N. of Savoy, Illinois was selling in Champaign County, Illinois and take it to Goodyear or Sears to have it inspected. GEEKIE drove away in the Ford Crown Victoria and never returned. On or about March 13, 2008, GEEKIE identified himself as "Don" and asked to test drive a 2005 Honda Accord that R.K. of Buford, Georgia was selling. GEEKIE left the Ford Crown Victoria that he had stolen, drove away in the Honda Accord, and never returned. GEEKIE advertised the Honda Accord for sale in the St. Louis Post-Dispatch. On or about March 24, 2008, GEEKIE, identifying himself as "Marne Smith," sold the Honda Accord to N.A. at Dairy Queen in Sherman, Sangamon County, Illinois for $14,000 cash and provided N.A. with a fraudulent Illinois title for the Honda Accord.

11. On or about February 19, 2008, to March 13, 2008, in Champaign County, in the Central District of Illinois, and elsewhere,

**ROBERT P. GEEKIE JR.,**

defendant herein, did knowingly transport in interstate commerce a motor vehicle, namely a 1997 Ford Crown Victoria, knowing the same to have been stolen.

In violation of Title 18, United States Code, Section 2312.

## COUNT TWELVE
(Interstate Transportation of Property Taken by Fraud)

**THE GRAND JURY CHARGES:**

1.-9. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 9 of Count One of this Indictment as though fully set forth herein.

10. The Grand Jury re-alleges and incorporates by reference Paragraph 10 of Count Eleven of this Indictment as though fully set forth herein.

11. On or about March 13, 2008, to March 24, 2008, in Sangamon County, in the Central District of Illinois, and elsewhere,

**ROBERT P. GEEKIE JR.,**

defendant herein, did knowingly transport in interstate commerce goods, wares, and merchandise, namely a 2005 Honda Accord of the value of $5,000 or more, knowing the same to have been taken by fraud.

In violation of Title 18, United States Code, Section 2314.

## COUNT THIRTEEN
(Sale of Stolen Vehicle)

**THE GRAND JURY CHARGES:**

On or about March 24, 2008, in Sangamon County, in the Central District of Illinois,

**ROBERT P. GEEKIE JR.,**

defendant herein, sold a motor vehicle, namely, a 2005 Honda Accord, which had crossed a state boundary after being stolen, knowing the same to have been stolen.

In violation of Title 18, United States Code, Section 2313.

## COUNT FOURTEEN
(Interstate Transportation of Property Taken by Fraud)

**THE GRAND JURY CHARGES:**

1.-9. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 9 of Count One of this Indictment as though fully set forth herein.

10. On or about July 15, 2008, GEEKIE asked to test drive a 1997 Jeep Cherokee that C.G. of Doraville, Georgia was selling. GEEKIE drove away in the Jeep Cherokee and never returned. On or about August 6, 2008, GEEKIE asked to test drive a 2005 Toyota Camry that V.G. of Alpharetta, Georgia was selling. GEEKIE left the Jeep Cherokee that he had taken by fraud, drove away in the Toyota Camry, and never returned. GEEKIE advertised the Toyota Camry in the Bloomington (Illinois) Pantagraph. On or about August 25, 2008, GEEKIE identified himself as "Donald Martin" and sold the Toyota Camry to D.A. and L.A. at Eastland Mall in Bloomington, Illinois in exchange for $9,850 cash and a 2001 Chevrolet Impala that D.A. and L.A. owned. GEEKIE gave D.A. and L.A. a fraudulent Illinois title for the Toyota Camry and drove away in the Chevrolet Impala. On or about August 26, 2008, GEEKIE identified himself as "Donald Martin" and asked to test drive a 2005 Nissan Maxima that D.M. of Rockdale, Illinois was selling. GEEKIE left the Chevrolet Impala that he had taken by fraud, drove away in the Nissan Maxima, and never returned.

11. On or about August 6, 2008, to August 25, 2008, in McLean County, in the Central District of Illinois, and elsewhere,

**ROBERT P. GEEKIE JR.,**

defendant herein, did knowingly transport in interstate commerce goods, wares, and

merchandise, namely a 2005 Toyota Camry of the value of $5,000 or more, knowing the same to have been taken by fraud.

In violation of Title 18, United States Code, Section 2314.

## COUNT FIFTEEN
(Sale of Stolen Vehicle)

**THE GRAND JURY CHARGES:**

On or about August 25, 2008, in McLean County, in the Central District of Illinois,

**ROBERT P. GEEKIE JR.,**

defendant herein, sold a motor vehicle, namely, a 2005 Toyota Camry, which had crossed a state boundary after being stolen, knowing the same to have been stolen.

In violation of Title 18, United States Code, Section 2313.

## COUNT SIXTEEN
(Mail Fraud)

**THE GRAND JURY CHARGES:**

1.-9. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 9 of Count One of this Indictment as though fully set forth herein.

**Execution of the Scheme**

10. On or about January 30, 2006, in Kankakee County, in the Central District of Illinois, and elsewhere,

**ROBERT P. GEEKIE JR.,**

defendant herein, for the purpose of executing the scheme and artifice did knowingly cause to be delivered by mail according to the direction thereon a Past Due Notice

regarding a fraudulent $83,600 loan (account number 07201685216) obtained from Citizens Bank, which notice was sent in the United States Mail from Citizens Bank in Flint, Michigan addressed to J.M. in Kankakee, Illinois, delivered by the United States Postal Service, and received at 410 South Dearborn, Kankakee, Illinois.

In violation of Title 18, United States Code, Sections 2 and 1341.

## COUNT SEVENTEEN
(Mail Fraud)

**THE GRAND JURY CHARGES:**

1.-9. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 9 of Count One of this Indictment as though fully set forth herein.

**Execution of the Scheme**

10. On or about October 2, 2004, in Kankakee County, in the Central District of Illinois, and elsewhere,

**ROBERT P. GEEKIE JR.,**

defendant herein, for the purpose of executing the scheme and artifice did knowingly cause to be deposited to be sent and delivered by a commercial interstate carrier and cause to be delivered by such carrier according to the direction thereon a parcel containing a check, which parcel was sent from Cash 4RVs, a division of 1st Class Motors Specialty Cars LLC, in Florida, and delivered to the defendant in Kankakee County, Illinois.

In violation of Title 18, United States Code, Sections 2 and 1341.

A TRUE BILL.

s/ Foreperson

_____
FOREPERSON

s/ Jeffrey B. Lang

_____
JEFFREY B. LANG
Acting United States Attorney

ELM