**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-20064 |
| ROBERT P. GEEKIE, JR., | ) | |
| Defendant. | ) | |

### ORDER APPROVING MAGISTRATE RECOMMENDATION

On February 10, 2010, a Report and Recommendation (#34) was filed by United States Magistrate Judge David G. Bernthal in the above cause. More than ten (10) days have elapsed since the filing of the recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1).

Magistrate Judge Bernthal has recommended that the plea of guilty be accepted, that a pre-sentence investigation report be prepared, and that the defendant be adjudged guilty. Because the magistrate judge has no authority to determine or recommend a sentence pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, I have reviewed the plea agreement in this case and agree with the Government's recommendation that the defendant be sentenced to a term of imprisonment within the range of 57 to 64 months provided the plea agreement has not been breached at the time of sentencing.

WHEREFORE, this court approves the recommendation of the Magistrate Judge. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986). Accordingly, the defendant's plea of guilty is accepted by the Court and the defendant is adjudged guilty. The Court orders that a pre-sentence investigation report is to be prepared. A sentencing hearing remains set for May 17, 2010, at 1:30 p.m.

ENTERED this 10th day of March, 2010

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE