E-FILED
Monday, 04 June, 2018  11:08:05 AM
Clerk, U.S. District Court, ILCD

PROB 34

# UNITED STATES DISTRICT COURT
### FOR THE
## CENTRAL DISTRICT OF ILLINOIS

### Report and Order Terminating Probation/Supervised Release

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No.  0753/2 08-20064-001 |
| | ) | |
| Robert P. Geekie Jr. | ) | |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on May 16, 2018, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

s/Melissa L. Merritt

Melissa L. Merritt
Supervising U.S. Probation Officer

MLM:kjb

ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 4th day of June, 2018.

/s/ Harold A. Baker
_____

Harold A. Baker
United States District Judge